**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

GENERAL JURISDICTION DIVISION
CASE NO. 01-3271-CIV-MORENO

CAROLYN BURROUGHS, as
Personal Representative of the Estate
of decedent, Zhivago Evans, and on
behalf of YOLANDA EVANS, survivor,
and PAULA SWAIN, as Personal Representative
of the Estate and survivors of Decedent,
ALEX JAMES,

        Plaintiffs,

vs.

CITY OF HIALEAH, et al.,

        Defendants.
_____/



FILED by mmc D.C.

FEB 2 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice. THE COURT has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that

1.    Paragraph 1 of the Complaint for Damages is hereby stricken from the record.

2.    This action is DISMISSED WITH PREJUDICE, and each party shall bear its own fees and costs.



MI765548;1

1

3.  This case is CLOSED. All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Miami, Miami-Dade County, Florida this 28th day of February, 2002.

_____
The Honorable Federico A. Moreno
U.S. District Court Judge

Copies furnished to:
Christine L. Welstead, Esq.
Alan E. Krueger, Esq.
Jonathan Drucker, Esq.